ON RETURN TO REMAND
In accordance with the order of the United States Supreme Court, dated May 16, 1988, we remanded this case to the trial court with instructions to vacate appellant's conviction and to consider the case further in the light of the state's motion of April 14, 1988. The state's motion, filed in the United States Supreme Court requested that the case be remanded for reconsideration in light of Ex parte Branch, 526 So.2d 609
(Ala. 1987) (as modified on rehearing).
A return to our remand was filed on August 15, 1989. The return reflects that the trial court vacated the conviction and sentence of life imprisonment without parole for robbery in the first degree on September 23, 1988, in accordance with our instructions. The record further reflects that on that date, appellant pleaded guilty to the lesser offense of robbery in the third degree and was sentenced to life imprisonment. It, thus, appears that this appeal is moot, and due to be dismissed.
APPEAL DISMISSED.
All Judges concur.